```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

            CASE NO.  25-60137-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

 Plaintiff,
v.

**KATRIEL VICTOR MARMOL,**

 Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation on Change of Plea, issued August 21, 2025 [ECF No. 39].

On August 21, 2025, Judge Augustin-Birch held a Change-of-Plea hearing, during which Defendant Katriel Victor Marmol pled guilty to Count 1 of the Information [ECF No. 27] pursuant to a written plea agreement [ECF No. 38].  Judge Augustin-Birch thereafter issued the Report and Recommendation.

No party has filed objections to the Report and Recommendation, and the time to do so has passed.

The Court has conducted a review of the record and finds no error in the Report and Recommendation.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

 1. The Report and Recommendation [ECF No 39.] is **AFFIRMED AND ADOPTED.**

CASE NO. 25-60137-CR-LEIBOWITZ

2. The guilty plea entered into by Defendant Katriel Victor Marmol as to Count 1 of the Information is **ACCEPTED**.

3. Defendant Katriel Victor Marmol is adjudicated guilty of Count 1 of the Information, which charges Defendant with Enticement of a Minor to Engage is Illicit Sexual Behavior in violation of 18 U.S.C. § 2422(b).

**DONE AND ORDERED** in the Southern District of Florida on September 2, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record
     Magistrate Judge Panayotta Augustin-Birch